| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>McBryde, John H | 2. Court or Organization<br><br>U.S. Dist. Ct., N. Dist. of TX | 3. Date of Report<br><br>3/8/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active U.S. District Judge | 5. ReportType (check appropriate type)<br><br>◯ Nomination,   Date<br><br>◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>501 West 10th Street<br>U.S. Courthouse, Room 401<br>Fort Worth, Texas 76102-3642 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAR 15 11 28 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | (Some of the investments of ▓▓▓▓▓me produced oil and gas royalties or other rental income. They are all included in Section VII.) | 0.00 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | (Some of the investments of ▓▓▓▓▓me produced oil and gas royalties or other rental income. They are all included in Section VII.) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason University Law School Law & Economics Center | Oct. 10-16, 2003, Tucson, AZ, Corporate Law Seminar (Travel, Housing, Food & Tuition) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Fort Worth Club | See explanation in Sec. VIII | $1,200 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | (All items listed in this Section VII are the community property ~~owned) of~~ ~~me.~~) | | | | | | | | |
| 1. COMMON STOCKS AND UNITS OF OWNERSHIP (2-30): | | | | | | | | | |
| 2. Caterpillar Tractor | B | Dividend | L | T | | | | | |
| 3. Chevron Texaco Corp. | C | Dividend | L | T | | | | | |
| 4. Exxon Mobil Corp. | C | Dividend | M | T | | | | | |
| 5. General Electric Co. | B | Dividend | L | T | | | | | |
| 6. The B.F. Goodrich Co. | A | Dividend | K | T | | | | | |
| 7. ICO, Inc. | | None | J | T | | | | | |
| 8. IBM | A | Dividend | K | T | | | | | |
| 9. InterTan, Inc. | | None | J | W | | | | | |
| 10. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 11. Permian Basin Royalty Trust | C | Dividend | L | T | | | | | |
| 12. San Juan Basin Royalty Trust | D | Dividend | L | T | | | | | |
| 13. Weyerhaeuser Co. | B | Dividend | K | T | | | | | |
| 14. Winn-Dixie Stores, Inc. | A | Dividend | J | T | | | | | |
| 15. Mony Group | | None | J | T | | | | | |
| 16. Ford Motor Co. | A | Dividend | J | T | | | | | |
| 17. Verizon Communications | A | Dividend | J | T | | | | | |
| 18. Intel Corp. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 3/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Lucent Technologies, Inc. | | None | J | T | | | | | |
| 20. Plains All American Pipeline, L.P. | A | Dividend | J | T | | | | | |
| 21. Time Warner, Inc. (formerly AOL Time Warner) | | None | J | T | | | | | |
| 22. Avaya | | None | J | T | | | | | |
| 23. Visteon Corp. | | None | J | T | | | | | |
| 24. Bristol-Meyers Squibb Co. | A | Dividend | J | T | | | | | |
| 25. FirstEnergy Corp. | A | Dividend | J | T | | | | | |
| 26. Pfizer, Inc. | A | Dividend | K | T | | | | | |
| 27. Agere Sys. Inc. Cl. A | | None | J | T | | | | | |
| 28. Agere Sys. Inc. Cl. B | | None | J | T | | | | | |
| 29. EnPro Industries | | None | J | T | | | | | |
| 30. Visteon Corp. | A | None | J | T | | | | | |
| 31. ************************** | | | | | | | | | |
| 32. BANK ACCOUNT: | | | | | | | | | |
| 33. Frost Nat'l. Bank | A | Interest | J | T | | | | | |
| 34. ***************************** | | | | | | | | | |
| 35. MUNICIPAL BONDS (36-37): | | | | | | | | | |
| 36. Tarrant Co. TX HSG. Fin. Corp. Rev. Sharing Fam. Mtg. | A | Interest | J | W | Exchange | 5/28 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 3/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Harris Co., Tx. Ser. A Refdg. Nav. 1993 | A | Interest | | | Redeemed | 6/27 | J | A | |
| 38. ***************************** | | | | | | | | | |
| 39. MUTUAL FUNDS (NON-IRA) (40-50): | | | | | | | | | * (See expl. in Sec. VIII) |
| 40. CMA Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 41. Eaton Vance Nat. Muni Fund | C | Dividend | L | T | | | | | |
| 42. Fidelity Investments - Magellan | B | Dividend | M | T | | | | | |
| 43. Fidelity Investments - Puritan | D | Dividend | M | T | | | | | |
| 44. T. Rowe Price-High Yield | D | Dividend | L | T | | | | | |
| 45. Scudder - Int. Fund | B | Dividend | M | T | | | | | |
| 46. Vanguard Group-Intermediate Muni Bond Fund | B | Dividend | L | T | | | | | |
| 47. Vanguard Group - Long-term Muni Bond Fund | B | Dividend | K | T | | | | | |
| 48. Vanguard Tax Exempt Money Market Fund | D | Dividend | N | T | | | | | |
| 49. Nuveen Select Quality Muni Fund | C | Dividend | L | T | | | | | |
| 50. Am. Century Ultra Fund | | None | L | T | Buy | 12/19 | L | | Am. Century Ultra |
| 51. ********************* | | | | | | | | | |
| 52. MUTUAL FUNDS - IRA ROLLOVER (53-62): | | | | | | | | | |
| 53. Dreyfus-A Bonds Plus | C | Dividend | | | Transfer | 8/1 | M | | Transf. To Vanguard (#65) |
| 54. T. Rowe Price - High Yield | D | Dividend | M | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less. B = $1,001-$2,500 C = $2,501-$5,000 D = $5,001-$15,000 E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market
(See Column C2) U = Book Value V = Other W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 3/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. American Century-Ultra | | None | L | T | Redemption | 12/8 | L | | Mandatory IRA withdrawal |
| 56. Vanguard Group-Wellington | D | Dividend | N | T | | | | | |
| 57. Vanguard Group-GNMA | D | Dividend | M | T | | | | | |
| 58. Fid. Investments International Growth & Income Fund | A | Dividend | M | T | | | | | |
| 59. Vanguard 500 Index Fund | C | Dividend | N | T | | | | | |
| 60. Vanguard Equity Income Fund | D | Dividend | N | T | | | | | |
| 61. Vanguard Windsor Fund | A | Dividend | L | T | | | | | |
| 62. Vanguard Primecap Fund | A | Dividend | K | T | Redemption | 4/7 | K | | Mandatory IRA withdrawal |
| 63. ************************ | | | | | | | | | |
| 64. MUTUAL FUNDS/IRA NON-ROLLOVER (65-66): | | | | | | | | | |
| 65. Vanguard Group-Long Term Corp. | D | Dividend | M | T | Transfer | 8/1 | M | | Transf. From Dreyfus (#53) |
| 66. Vanguard Group-Wellington | A | Dividend | K | T | | | | | |
| 67. ************************ | | | | | | | | | |
| 68. OTHER (69-72) | | | | | | | | | |
| 69. U.S. Treas. Notes & Bonds | E | Interest | P1 | T | | | | | |
| 70. Sherman Co. TX Min. Int. | A | Royalty | J | W | | | | | |
| 71. Tarrant County, TX Rental Property | D | Rent | L | W | | | | | |
| 72. GMD Bondholder Trust | | None | J | W | Buy | 8/10 | J | | Bank of Texas Trust Dept. |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

V. OTHER GIFTS. (Continuation of Sec. III).

As a member of the local federal judiciary, I have an honorary membership in The Fort Worth Club. My honorary membership eliminated the need for me to pay $1,200 ($100 per month) in dues that otherwise would have been paid by a member. The $1,200 is the only value the membership had to me during the year 2002.

VII. INVESTMENTS.

* (Continuation of line 39, Sec. VII). Dividends on the non-IRA mutual funds are reinvested as declared except the T. Rowe Price-High Yield Fund, CMA Tax Exempt Fund, Vanguard Funds, and Nuveen Fund.

Sources of Rent and Royalty Income:

The royalty income in relation to the Sherman County, Texas, mineral interest (item 70) was received from BP American Production Co. The rent income on the Tarrant County, Texas, rental property (item 71) is from Stephanie Doenges.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McBryde, John H | 3/8/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatur

Date____3/8/08____

NOT\_\_\_\_\_LSIFIES OR FAILS TO FILE THIS REPORT MAY
BE\_\_\_\_\_. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544